**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HARTUNG, JOYCE J | § Case No. 06-08267 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 07/23/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 06/03/2010             By:  /s/JOHN E. GIERUM
                 Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HARTUNG, JOYCE J              § Case No. 06-08267
                                     §
                                     §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $    152,558.39

*and approved disbursements of*               $    107,348.21

*leaving a balance on hand of* [1]            $     45,210.18

Claims of secured creditors will be paid as follows:

*Claimant*                                        *Proposed Payment*
                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 9,377.79 | $ |
| Attorney for trustee | John E. Gierum, Gierum & Mantas | $ 1,925.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West, Popowcer Katten, Ltd. | $ 1,118.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,700.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 12 | Internal Revenue Service | $ 2,700.00 | $ 2,700.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,613.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.3 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 3,846.50 | $ 2,242.21 |
| 2 | Chase Bank USA, N.A. | $ 18,126.11 | $ 10,566.11 |
| 3 | Nordstrom FSB | $ 6,091.65 | $ 3,550.96 |
| 4 | Capital Recovery One | $ 2,149.32 | $ 1,252.89 |
| 5 | American Express Travel Related Services Co Inc | $ 1,247.43 | $ 727.15 |
| 6 | Federated Retail Holdings, Inc./Marshall Fields | $ 2,895.88 | $ 1,688.07 |
| 7 | Capital One Bank | $ 729.98 | $ 425.52 |
| 8 | Capital One Bank | $ 2,936.03 | $ 1,711.48 |
| 9 | Capital One Bank | $ 3,158.20 | $ 1,840.99 |
| 10 | Angela Krzysko | $ 3,175.00 | $ 1,850.78 |
| 11 | At&t | $ 102.01 | $ 59.46 |
| 13 | Citiban (South Dakota) NA | $ 1,092.32 | $ 636.74 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 14 | LVNV Funding LLC its successors and assigns as | $ 6,063.14 | $ 3,534.34 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                              N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                              *Allowed Amt. of Claim    Proposed Payment*
                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/JOHN E. GIERUM
                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ccabrales             Page 1 of 2            Date Rcvd: Jun 04, 2010
Case: 06-08267                 Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Jun 06, 2010.
db             Joyce J Hartung,    22949 Dublin Way,    Lake Barrington, IL  60010
aty           +John E Gierum,    Gierum & Mantas,    9700 W Higgins Rd, Ste 1015,    Rosemont, IL 60018-4712
aty           +Lorraine M Greenberg,    Lorraine M. Greenberg,    150 North Michigan Avenue,    Suite 800,
                Chicago, IL 60601-7585
aty           +William J Mantas,    Gierum & Mantas,    1030 W Higgins Rd #220,    Park Ridge, IL 60068-5761
tr            +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,   Suite 1015,
                Rosemont, IL 60018-4712
10816407       American Express,    POB 3001,    Malvern, PA 19355-0701
10913935       American Express Travel Related Services Co Inc,     c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
10905268      +Angela Krzysko,    22948 Dublin Way,    Lake Barrington, IL 60010-2375
10816408       Associated Bank,    PO Box 3119,    Milwaukee, WI 53201-3119
10964894       At&t,    Bill Payment Center,    Saginaw, MI 48663-0003
10816411      +CBUSA Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
10816410       Capital One,    15000 Capital One,    Richmond, VA 23238-1119
10816409      +Capital One,    c/o Freedman Anselmo Lindberg & Rap,     P.O. Box 3228,    Naperville, IL 60566-3228
10938272      +Capital One Bank,    C/O Tsys Debt Mgmt,    PO Box 5155,    Norcross , GA 30091-5155
10936066      +Capital One Bank,    c/o Tsys Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
10816412      +Chase Bank USA,    800 Brooksedge Blv.,    Westerville, OH 43081-2822
10909708      +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,     2101 4th Avenue, Suite 900,
                Seattle, WA 98121-2339
10975027       Citiban (South Dakota) NA,    DBA: The Home Depot,    POB 9025,    Des Moines,  IA 50368
10816413       Citibank,    P.O. Box 6003,    Hagerstown, MD 21747-6003
10931613      +Federated Retail Holdings, Inc./Marshall Fields,     C/O Tsys Debt Management,    Po Box 137,
                Columbus, GA 31902-0137
10973229     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    Department of Treasury,    PO Box 21126,
                Philadelphia, PA 19114)
10816417      +Marshall Fields,    300 Sheffield Cent,    Lorain, OH 44055-3129
10816419      +Spiegel,    101 Crossway Park West,    Woodbury, NY 11797-2020
10816420      +THD/CBUSA,    PO Box 6003,    Hagerstown, MD 21747-6003
10816422       Wells Fargo Financial,    5101 Washigton St.,    Gurnee, IL 60031-5916

The following entities were noticed by electronic transmission on Jun 04, 2010.
12407637      +E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2010 00:17:38     Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
10816414       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:57      Discover,   P.O. Box 15316,
                Wilmington, DE 19850-5316
10891992      +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 05 2010 00:05:53
                Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
10816415      +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2010 00:17:24     GEMB/JCP,    PO Box 981400,
                El Paso, TX 79998-1400
10816416      +E-mail/Text: resurgentbknotifications@resurgent.com                          LVNV Funding,
                PO Box 10497,    Greenville, SC 29603-0497
10978841       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,    assignee of Resurgent Capital LP/Citi,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10816418       E-mail/Text: bnc@nordstrom.com                          Nordstrom,   P.O. Box 13589,
                Scottsdale, AZ 85267-3589
10912140      +E-mail/Text: bnc@nordstrom.com                          Nordstrom FSB,    PO Box 6566,
                Englewood, CO 80155-6566
12390127       E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2010 00:17:39
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
10912302      +E-mail/PDF: rmscedi@recoverycorp.com Jun 05 2010 00:17:38
                Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10816421       E-mail/Text: vci.bkcy@vwcredit.com                          VW Credit, Inc.,   P.O. Box 7572,
                Libertyville, IL 60048-7572
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Gierum & Mantas
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ccabrales          Page 2 of 2              Date Rcvd: Jun 04, 2010
Case: 06-08267                Form ID: pdf006          Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 06, 2010**                    **Signature:**    *Joseph Speetjens*